UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 19-25090-CIV-MORENO

ABDELLAH BOUCHOUK,

       Plaintiff,

vs.

ECONOMY FOOD STORE, RASHEED ALMASARWEH, GHADA ALMARSARWEH, and IBRAHIM ALMARSARWEH,

       Defendants.
_____/

## ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

THIS CAUSE came before the Court upon Motion for Leave to Proceed In Forma Pauperis **(D.E. 3)**, filed on **December 10, 2019**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. Plaintiff is instructed to pay the filing fee by no later than **January 8, 2020**. Failure to do so will result in dismissal without prejudice of Plaintiff's case.

DONE AND ORDERED in Chambers at Miami, Florida, this _16_ of December 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

Abdellah Bouchouk, *pro se*
2905 River Run Cir. East
Miramar, FL 33025